1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
       Social Security Administration
6      333 Market St., Suite 1500
7      San Francisco, CA  94105
       Telephone:  (415) 977-8962
8      Facsimile:  (415) 744-0134
9      Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LONNIE J. BARMORE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV 09-08554 PLA<br><br>**JUDGMENT OF REMAND** |

　　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  June 16, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. PAUL L. ABRAMS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE