1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax:  (562) 868-5491
   E-mail:  young_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff
6  Lonnie J. Barmore

7

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11 LONNIE J. BARMORE,           ) Case No.: CV 09-8554 PLA
                                )
12         Plaintiff,            ) ORDER AWARDING EQUAL
                                ) ACCESS TO JUSTICE ACT
13     vs.                      ) ATTORNEY FEES PURSUANT TO
                                ) 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,           )
   Commissioner of Social Security, )
15                              )
           Defendant            )
16 _____)

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of two thousand

21 three hundred dollars ($2,300.00) as authorized by 28 U.S.C. § 2412 subject to the

22 terms of the Stipulation.

23 DATE:  September 2, 2010

                                    _____
24                                  THE HONORABLE PAUL L. ABRAMS
                                    UNITED STATES MAGISTRATE JUDGE
25

26